IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA      :

vs.                                           :  CRIMINAL NO.:  18-00212-WS-N

DANNY JAMAL TATE                 :

**REPORT AND RECOMMENDATION**
**CONCERNING PLEA OF GUILTY**

The Defendant, DANNY JAMAL TATE, by consent (Doc. 79), appeared with his counsel of record, T. Jefferson Deen, Esq., before the undersigned Magistrate Judge on August 27, 2019, pursuant to Rule 11 of the Federal Rules of Criminal Procedure, and has entered a plea of guilty to Count TWO of the Superseding Indictment charging a violation of 18 United States Code Section 922(g)(1), Possession of a Firearm by a Convicted Felon and Count THREE of the Superseding Indictment charging a violation of 18 Unites States Code Section 924(c)(1)(A)(i), Possessing a Firearm in Furtherance of a Drug Trafficking Crime.

After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, the undersigned has determined that the guilty plea was knowledgeable and voluntary and that the offense charged is supported by an independent basis in fact as to each of the essential elements of such offense. The undersigned Magistrate Judge therefore recommends that the plea of guilty be accepted and that the Defendant, DANNY JAMAL TATE, be adjudged guilty and have sentence imposed accordingly.

DONE and ORDERED this 27th day of August 2019.

/s/ Katherine P. Nelson
**UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO PARTIES**

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions. A party's failure to file written objections waives that party's right to challenge on appeal any un-objected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. *See* 11th Cir. R. 3-1.