**IN THE UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

UNITED STATES OF AMERICA       :

vs.                               : CRIMINAL NO: 18-212-WS-N

DANNY JAMAL TATE             :

## ACCEPTANCE OF GUILTY PLEA
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge (doc. 82) and without any objection having been filed by the parties, the plea guilty of the Defendant to Count 2 and Count 3 of the Superseding Indictment is now accepted and the Defendant is adjudged guilty of such offense.

A sentencing hearing has been scheduled for **Tuesday, December 3, 2019 at 9:30 a.m.,** under separate order.

**DONE and ORDERED** this the 17th day of September 2019.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE